ACCEPTED
04-15-00359-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/2015 8:40:26 AM
KEITH HOTTLE
CLERK

## NO.  04-15-00359-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE FOURTH COURT |
| | § | |
| **VS.** | § | OF APPEALS |
| | § | |
| **MARGARET JANE GRIFFITH** | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/15 8:40:26 AM
KEITH E. HOTTLE
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Margaret Jane Griffith, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 198th Judicial District Court of Bandera County, Texas.

2.     The case below was styled the <u>State of Texas vs. Margaret Jane Griffith</u>, and numbered B08-578.

3.     Appellant was convicted of delivery of a controlled substance.

4.     Appellant was assessed a sentence of 15 years on April 20, 2015.

5.     Notice of appeal was given on May 15, 2015.

6.     The clerk's record was filed on August 18, 2015; the reporter's record was filed on June 19, 2015.

7.     The appellate brief is presently due on October 19, 2015.

8.     Appellant requests an extension of time of 30 days from the present date, i.e. November 18, 2015.

9.     One extension to file the brief has been received in this cause.

10.    Defendant is currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

Undersigned counsel has completed reviewing the appellate record in this cause. Undersigned counsel is presently working on the brief. Additional time is needed to complete the brief in this matter due to undersigned counsel reviewing records in multiple other appeals, including accelerated appeals, handling numerous hearings, depositions, and handling the customary heavy civil and criminal docket caseloads.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

M. PATRICK MAGUIRE, P.C.
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel: (830) 895-2590
Fax: (830) 895-2594

By: _____
M. Patrick Maguire
State Bar No. 24002515
mpmlaw@ktc.com
Attorney for Margaret Jane Griffith

## CERTIFICATE OF SERVICE

This is to certify that on October 20, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bandera County, 402 Clearwater Paseo, Suite 500, Kerrville, Texas 78028, by E-mail.

_____
M. Patrick Maguire

**STATE OF TEXAS**       §

                §

**COUNTY OF KERR**      §

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared M. Patrick Maguire, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



_____
M. Patrick Maguire
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on <u>October 20</u>, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

KATHY CONNELLY
Notary Public, State of Texas
My Commission Expires
February 06, 2016